April 13, 1978.

387 A.2d 916

Angstadt, Appellant, v. High Welding Company.

Argued December 12, 1977. David L. Kauffman, with him Robert H. Reese, Jr., for appellant; John I. Hartman, Jr., with him Hartman & Underhill, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.